This is to advise that on April 30, 2012

Senior Judge Richard W. Goldberg

Issued CONFIDENTIAL Slip Op. 12-59

In action

Ct. No. 10-00281

Fisher S.A. Comercio, Industria and
Agricultura and Citrosuco North America, Inc.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Florida Citrus Mutual, Duda Products, Inc.,
Citrus World, Inc., and Southern Gardens Citrus
Processing Corporation (d/b/a Southern Gardens),
(Defendant - Intervenors.)